UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Robert John Wilks

  -vs-                                                                                 Civil No. 3:02CV2022(MRK)

US Postal Service

### J U D G M E N T

A notice of proposed dismissal [20-1] of the above-captioned action having been sent to counsel of record on November 1, 2003, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

Dated at New Haven, Connecticut, this 4th day of December, 2003.

                                                Kevin F. Rowe, Clerk

                                                By  /s /
                                                Kenneth R. Ghilardi
                                                Deputy Clerk

EOD:_____